IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McGee, Clarnell

Printed: 12/10/08

Case Number: 08 B 00210
Judge: Wedoff, Eugene R
Filed: 1/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 30, 2008
Confirmed: March 6, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,635.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,535.90 |
| Trustee Fee: |  | 99.10 |
| Other Funds: |  | 0.00 |
| Totals: | 1,635.00 | 1,635.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Heller & Richmond Ltd | Administrative | 3,500.00 | 1,535.90 |
| 2. | Illinois Lending Corporation | Unsecured | 806.87 | 0.00 |
| 3. | Nationwide Acceptance Corp | Unsecured | 360.58 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 306.04 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 530.97 | 0.00 |
| 6. | Time Warner Cable | Unsecured | 33.52 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 346.85 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 956.06 | 0.00 |
| 9. | Citibank | Unsecured |  | No Claim Filed |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | JP Morgan Chase Bank | Unsecured |  | No Claim Filed |
| 12. | Cash Call | Unsecured |  | No Claim Filed |
| 13. | Fingerhut | Unsecured |  | No Claim Filed |
| 14. | Tribute/Fbold | Unsecured |  | No Claim Filed |
| 15. | South Loop Financial Services | Unsecured |  | No Claim Filed |
| 16. | Salute Visa | Unsecured |  | No Claim Filed |
| 17. | Universal Lenders Inc | Unsecured |  | No Claim Filed |
| 18. | Tenn American Water | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,840.89 | $ 1,535.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 35.32 |
| 6.5% | 63.78 |
|  | $ 99.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McGee, Clarnell

Printed: 12/10/08

Case Number:  08 B 00210
Judge:  Wedoff, Eugene R
Filed:  1/7/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

